**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**LORI FITZGERALD,**

**Plaintiff,**

**Civil Case No. 1:24-cv-00304-JL-TSM**

**CIRCLE INTERNET FINANCIAL, LLC,**

**Defendant**

**PLAINTIFF LORI FITZGERALD'S MOTION TO TRANSFER VENUE**

**The Plaintiff, Lori Fitzgerald respectfully moves this Honorable Court to transfer this action to the United States District Court for the District of Massachusetts, Boston pursuant to 28 U.S.C. § 1406(a), and in the alternative, 28 U.S.C. § 1404(a) if the Honorable court find that it does not have Personal Jurisdiction over the Defendant CIRCLE INTERNET FINANCIAL, LLC In support of this motion, Plaintiff states as follows:**

1. Plaintiff filed this action seeking replevin and related relief against Defendant with the Belknap County Superior Court, Laconia, NH.

2. Defendant filed to remove the case from the state court to the US District Court, District of New Hampshire and then moved to dismiss the case for lack of personal jurisdiction. The magistrate judge issued a Report and Recommendation finding that personal jurisdiction exists.

3. Defendant has objected to the magistrate's recommendation, and the matter is now pending de novo review by the district judge.

4. In the interest of judicial economy and to avoid dismissal, Plaintiff respectfully requests that, should the Court determine that personal jurisdiction is lacking, this matter be transferred to the United States

District Court for the District of Massachusetts, Boston, where Defendant resides and where jurisdiction is proper.

5. Transfer is authorized under 28 U.S.C. § 1406(a) when venue or jurisdiction is improper, and to allow for the transfer of time barred claims and under 28 U.S.C. § 1404(a) when transfer serves the convenience of parties and the interests of justice.

6. Transfer will preserve Plaintiff's claims, avoid unnecessary delay, and allow the case to proceed on its merits.

In additionalbsupport of her Motion, Lori Fitzgerald respectfully refers the Court to her Memorandum of Law in Support of her Motion to Transfer Venue.

Respectfully submitted,

*Lori Fitzgerald, Pro Se*
*LORI FITZGERALD, Pro Se Plaintiff*
*lori.Fitz88@Outlook.com*
*603-937-4043*

*Dated September 5, 2025*

**CERTIFICATION OF SERVICE**

**Case: Fitzgerald v. Circle Internet Financial**

**Civil Case No. 1:24-cv-00304-JL-TSM**

***I hereby certify this motion was electronically filed in the court's electronic filing system and served on the following persons on the date and in the manner specified below:***

***Person (s) served electronically via email and ECF:***

**Michael K. O'Neil** mko@rathlaw.com, smd@rathlaw.com

**Grayson Shephard** gms@rathlaw.com, rav@rathlaw.com

*Lori Fitzgerald, Pro Se*

*LORI FITZGERALD, Pro Se Plaintiff*
*lori.Fitz88@Outlook.com*
*603-937-4043*

*Dated September 5, 2025*